IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JAMES R. WALKER, | ) | Civil No. 06-3030-CL |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| TRANSPORTATION INTERNATIONAL MOVERS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On October 3, 2007, Magistrate Judge Clarke filed his Report and Recommendation (docket # 69), which recommended that this court deny the motion (# 36) by Defendants Transportation International Movers, Inc., Transportation International, Inc., and J.P. Martin, for leave to amend their answer to add self-defense as an affirmative defense. Defendants timely objected to that recommendation.

The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Having considered the Report and the parties' submissions, I find no error.

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (# 69) is adopted. Defendants' motion (# 36) for leave to file an amended answer is denied.

IT IS SO ORDERED.

DATED this _30_ day of October, 2007.

                                            Owen M. Panner
                                        United States District Judge