FILED '07 NOV 21 10:09 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JAMES R. WALKER, | ) | Civil No. 06-3030-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSPORTATION INTERNATIONAL | ) | |
| MOVERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On November 9, 2007, Magistrate Judge Clarke recommended denying the motion for summary judgment by Defendants Transportation International Movers, Inc., Transportation International, Inc., and J.P. Martin. No objections were filed. The matter is now before me for *de novo* review. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). I find no error.

The Report and Recommendation (# 81) is adopted. Defendants' motion (# 54) for summary judgment is denied.

IT IS SO ORDERED.

DATED this 21st day of November, 2007.

Owen M. Panner
United States District Judge

1 - ORDER